NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN N. ALEXANDER,　　　　　　　　　　)
DOC #138353,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　　Case No.  2D18-2976
　　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　　　　)
_____)

Opinion filed May 17, 2019.

Appeal pursuant to Fla. R. App. P.
9141(b)(2) from the Circuit Court for
Manatee County; Brian A. Iten, Judge.

Steven N. Alexander, pro se.


PER CURIAM.

　　　　　Affirmed.


SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.